UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORIS ELIZABETH MORAN, | CASE NO. C25-2755JLR |
| Petitioner, | ORDER |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents. | |

Before the court is Petitioner Doris Elizabeth Moran's application to proceed *in forma pauperis* ("IFP") in this 28 U.S.C. § 2241 habeas action. (IFP App. (Dkt. # 1).) Ms. Moran demonstrates that she is unable to afford the $5.00 filing fee. (*Id.*) Accordingly, the court GRANTS her application to proceed IFP. (Dkt. # 1). The Clerk is DIRECTED to file Ms. Moran's habeas petition without the prepayment of fees.

Dated this <u>5th</u> day of January, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 1