1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

DORIS ELIZABETH MORAN,

                    Petitioner,

        v.

PAMELA BONDI, et al.,

                    Respondents.

CASE NO. C25-2755JLR

ORDER

15   Before the court is Petitioner Doris Elizabeth Moran's motion to appoint the

16   Office of the Federal Public Defender for the Western District of Washington to

17   represent her with respect to her 28 U.S.C. § 2241 petition for writ of habeas corpus.

18   (Mot. (Dkt. # 2).)  Ms. Moran seeks release from immigration detention because removal

19   to El Salvador, her former country of residence, is not reasonably foreseeable.  (*See* Prop.

20   Petition (Dkt. # 1-1) at 4-5.)

21   //

22   //

ORDER - 1

1         Being fully advised, the court GRANTS Ms. Moran's motion (Dkt. # 2) and

2    appoints the Office of the Federal Public Defendant for the Western District of

3    Washington as her counsel in this matter.

4

5         Dated this 5th day of January, 2026.

6

                         JAMES L. ROBART

7                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2