THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORIS ELIZABETH MORAN,<br><br>    Petitioner,<br><br>    v.<br><br>PAMELA BONDI, *et al.*,<br><br>    Respondents. | No. CV25-2755-JLR<br><br>~~(PROPOSED)~~ **ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS** |

IT IS ORDERED that Petitioner Doris Moran's petition for writ of habeas corpus (Dkt. 1-1) is GRANTED. Respondents shall immediately release Petitioner from detention under reasonable conditions of supervision.

IT IS FURTHER ORDERED if Respondents take steps to remove Ms. Moran to a country other than El Salvador, they must provide Ms. Moran with written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings before an immigration judge under 8 U.S.C. § 1231(b)(3).

DONE this <u>4th</u> day of February 2026.

                                                                  _____
                                                                  JAMES L. ROBART
                                                                  UNITED STATES JUDGE

Presented by:

s/ *Ann K. Wagner*
Assistant Federal Public Defender
Attorney for Doris Moran

ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS
(*Moran v. Bondi, et al.*, CV25-2755-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**